IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEEANN MOCK | : Civil Case No. 2:21-cv-03953-ER |
| Plaintiff, | : |
| v. | : |
| ALTMAN MANAGEMENT COMPANY | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, through their respective Counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal of this action, with prejudice and with each Party to bear their own costs and attorneys' fees.

**Murphy Law Group, LLC**

By: /s/ *Michael Murphy*
Michael Murphy, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Bld.
Philadelphia, PA 19103
murphy@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: November 19, 2021

**Susanin, Widman & Brennan, P.C.**

By: /s/ *Brian W. Waerig*
Brian W. Waerig, Esq.
1001 Old Cassatt Road, Suite 306
Berwyn, PA 19312
bwaerig@swbcounsellors.com
*Attorneys for Defendant*

Dated: November 19, 2021

BY THE COURT:   *Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**

**Date: November 19, 2021**